MILLER, APPELLANT, *v.* OHIO DEPARTMENT OF REHABILITATION
& CORRECTION ET AL., APPELLEES.

[Cite as *Miller v. Ohio Dept. of Rehab. & Corr.,*

**123 Ohio St.3d 87, 2009-Ohio-4081.]**

*Appeal from dismissal of a petition for a writ of habeas corpus — Res judicata bars petitioner from filing a successive habeas corpus petition — Judgment affirmed.*

(No. 2009-0555 — Submitted August 11, 2009 — Decided August 19, 2009.)

APPEAL from the Court of Appeals for Belmont County,

No. 08-BE-35, 2009-Ohio-697.

_____

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals dismissing the petition of appellant, Timothy A. Miller, for a writ of habeas corpus. Miller previously filed a petition for a writ of habeas corpus that raised the same issues as in this petition. *Miller v. Eberlin*, 116 Ohio St.3d 1434, 2007-Ohio-6518, 877 N.E.2d 987. Res judicata barred Miller from filing a successive habeas corpus petition. *Amstutz v. Eberlin*, 119 Ohio St.3d 421, 2008-Ohio-4538, 894 N.E.2d 1219, ¶ 7.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Timothy A. Miller, pro se.

Richard Cordray, Attorney General, and Jerri L. Fosnaught, Assistant Attorney General, for appellees.

_____